IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

| | |
|---|---|
| AMANDA CARLISLE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO: CV2023-903090 ) |
| SPRING OAKS CAPITAL, LLC; Fictitious Defendants "A", "B" and "C", | ) ) ) ) |
| Defendants. | ) ) ) |

## NOTICE TO CIRCUIT CLERK OF NOTICE OF REMOVAL

TO:  County Court in and for Jefferson County, Alabama
Central Courthouse
716 Richard Arrington Jr. Blvd. N.
Birmingham, AL 35203

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant filed on January 22, 2024, a Notice of Removal with the United States District Court, Northern District of Alabama. A copy of the Notice of Removal is attached hereto.

Respectfully Submitted,

/s/ Neal D. Moore, III
Neal D. Moore, III
*Attorney for Defendant,*
*Spring Oaks Capital, LLC*

OF COUNSEL:
CHRISTIAN & SMALL, LLP
505 20th Street North, Suite 1800
Birmingham, Alabama  35203
ndmoore@csattorneys.com

## CERTIFICATE OF SERVICE

      I hereby certify that on January 22, 2024, a copy of the foregoing document has been sent via electronic filing or U.S. Mail to the following:

Patricia S. Lockhart
John G. Watts
M. Stan Herring
WATTS & HERRING, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama  35203
patricia@wattsherring.com
john@wattsherring.com
stan@wattsherring.com

                /s/ Neal D. Moore, III
                OF COUNSEL