FILED

2024 Feb-05  PM 02:36
U.S. DISTRICT COURT
N.D. OF ALABAMA



## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **AMANDA CARLISLE,** | ) |
| | ) **CIVIL ACTION NO.** |
| **Plaintiff,** | ) **2:24-cv-065-LSC** |
| | ) |
| **v.** | ) |
| | ) |
| **SPRING OAKS CAPITAL, LLC, et al.,** | ) |
| | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

## DEFENDANT SPRING OAKS CAPITAL, LLC'S
## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Counsel for Defendant, Spring Oaks Capital,

LLC, hereby certifies the following:

1. Defendant Spring Oaks Capital, LLC is a foreign corporation organized under

   the laws of the State of Virgina and does not have a parent company.

2. There are no publicly held corporations that hold 10% or more of Spring Oaks

   Capital, LLC's stock.

Respectfully Submitted,


/s/ Neal D. Moore, III
Neal D. Moore, III
*Attorney for Defendant, Spring Oaks Capital, LLC*

OF COUNSEL:
CHRISTIAN & SMALL, LLP
505 20th Street North, Suite 1800
Birmingham, Alabama  35203
Telephone:  (205) 795-6588
Facsimile:  (205) 328-7234
Email:  ndmoore@csattorneys.com

**CERTIFICATE OF SERVICE**

This is to certify that I have this 5th day of February, 2024 served a copy of the within and foregoing Defendant Spring Oaks Capital, LLC's Notice of Removal to the United States District Court for the Northern District of Alabama, Southern Division by depositing a copy of the same in the United States Mail in a properly addressed envelope with adequate postage thereon to:

John G. Watts, M. Stan Herring, and Patricia S. Lockhart
Watts & Herring, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
*Attorneys for Plaintiff, Amanda Carlisle*

/s/ Neal D. Moore, III
OF COUNSEL