IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| AMANDA CARLISLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:24-cv-00065-LSC |
| | ) | |
| SPRING OAKS CAPITAL LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Before the Court is Defendant Spring Oaks Capital LLC's Motion for Protective Order. (Doc. 19.) The Motion is GRANTED and DENIED as stated in the telephone conference held on December 2, 2024 at 3:00pm CST.

**DONE** and **ORDERED** on December 3, 2024.

L. Scott Coogler
United States District Judge

220595